



FILED
3/13/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RUSSELL J. SINGER, Assignee/Judgment Creditor,

    Plaintiff,

       v.

MUSALIH EL-AMIN and CROWN MEDIA SERVICES, INC.,

    Defendants.

**1:26-cv-2836**
**Judge Joan H. Lefkow**
**Magistrate Judge Beth W. Jantz**
**RANDOM / Cat. 2**

Case No. _____

## <u>NOTICE OF FILING OF FOREIGN JUDGMENT</u>

Please take notice that the Plaintiff and Judgment Creditor, Russell J. Singer, Assignee, has filed herewith, pursuant to 28 U.S.C. § 1963, as Exhibit 1 an appropriately certified copy of the judgment entered in his favor in the adversary proceeding styled *Singer v. El-Amin, et al.*, Adv. No. 21-01199-ABL, by the United States Bankruptcy Court for the District of Nevada (Hon. August B. Landis) on or about July 22, 2022, in the amount of $55,629.00.

The Judgment Creditor respectfully prays that the judgment be registered and entered pursuant to 28 U.S.C. § 1963.

Respectfully submitted,

*s/ Russell J. Singer*

s/ Russell J. Singer
Russell J. Singer
Assignee/Judgment Creditor, In Pro Per
PO Box 485
Laguna Beach, CA 92652
Tel: (949) 280-4336

Case: 1:26-cv-02836 Document #: 1 Filed: 03/13/26 Page 2 of 14 PageID #:2

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| Lenard E. Schwartzer, Chapter 7 Trustee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. BK-S-21-01199-ABL |
| Musalih El-Amin | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __5/11/22__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __1/23/24__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 11, 2022

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

I certify that this is a true copy:
Attest: _____
Deputy Clerk, Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

|  |  |
|---|---|
| In re | Case No. BK-S-19-18056-ABL **(Lead Case)** |
| WELSCORP, INC. | **Consolidated under BK-S-19-18056-ABL with:** |
| Debtor. | Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>MUSALIH EL-AMIN and CROWN MEDIA SERVICES, INC.<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01199-ABL |

**JUDGMENT BY DEFAULT AGAINST DEFENDANTS
MUSALIH EL-AMIN AND CROWN MEDIA SERVICES, INC.**

Based on the Chapter 7 Trustee Lenard E. Schwartzer's Motion for Default Judgment

1

Against Musalih El-Amin and Crown Media Services, Inc. (the "Motion for Default Judgment"), the hearing held on May 10, 2022 (appearances noted on the record), the Court having stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment is granted in its entirety;

**IT IS FURTHER ORDERED** that the Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above-captioned bankruptcy case, shall recover from Defendant Musalih El-Amin the amount of twenty-five thousand dollars ($25,000.00).

**IT IS FURTHER ORDERED** that the Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above-captioned bankruptcy case, shall recover from Defendant Crown Media Services, Inc. the amount of thirty thousand six-hundred twenty-nine dollars ($30,629.00).

**IT IS FURTHER ORDERED** that the Trustee is authorized to record this judgment and take any necessary actions to recover on it.

**IT IS FURTHER DETERMINED** that this judgment is for the recovery of money that was obtained by Defendant under false pretenses, false representations, or actual fraud for purposes of 11 U.S. Code § 523(a)(2).

###

Submitted by:

/s/ *Zachary E. Mazur*

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*

2

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

■   No party appeared at the hearing or filed an objection to the Motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Russell J. Singer  Assignee/Judgment Creditor

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: WELSCORP, INC. | ) Case No. BK-S-19-18056-ABL (Lead Case) |
| Debtor | ) |
| LENARD E. SCHWARTZER, in his | ). Case No.: BK-S-21-01179-ABL |
| Capacity as CHAPTER 7 TRUSTEE | ) **ADVERSARY PROCEEDING COVER** |
| Plaintiff | ) **SHEET** |
| vs | ) |
| BRIAN MOGENSEN and | ) |
| MOGENSEN STEEL, INC. Defendant | ) |

------------------------------------------------------

TO THE COURT, THE DEFENDANTS, AND ALL PARTIES OF RECORD:

This cover sheet is submitted in connection with the filing of a Notice of Assignment of

Judgment in the above-referenced adversary proceeding.

The attached Notice of Assignment of Judgment is filed for notice purposes only and is

intended to inform the Court and parties of record that ownership of the judgment at

issue has been transferred.

No relief is requested, no response is required, no hearing is requested.

DATED: January 27, 2026

_Russell J. Singer_

Russell J. Singer, Assignee/Judgment Creditor

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

Assignee, In Pro Per

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: WELSCORP, INC. | ) Case No. BK-S-19-18056-ABL (Lead Case) |
| Debtor | ) |
| LENARD E. SCHWARTZER, in his | ). Case No.: BK-S-21-01179-ABL |
| Capacity as CHAPTER 7 TRUSTEE | ) **NOTICE OF ASSIGNMENT** |
| Plaintiff | ) |
| vs | ) |
| BRIAN MOGENSEN and MOGENSEN STEEL ERECTORS. INC.. | ) ) |
| Defendant | ) |

---

TO THE COURT, THE DEFENDANTS, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on December 22, 2025, the original Judgment Creditor, Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Welscorp, Inc. ("Assignor"), executed an assignment of all right, title, and interest in and to the Judgment entered in this adversary proceeding to Russell J. Singer ("Assignee").

The details of the assigned Judgment are as follows:

1. Judgment Debtor: Brian Mogensen and Mogensen Steel Erectors, INC..

2. Date of Entry: March 15, 2022.

3. Judgment Amount: $583,435.40.

4. Assigned Balance: $583,435.40, plus accrued post-judgment interest of $11,301.06, for a total of $594,736.46 as of January 27, 2026, Interest accrues at 0.50% ($7.99/day), compounded annually per 28 U.S.C. § 1961.

A true and correct copy of the Assignment of Judgment is attached hereto as Exhibit 1.

Russell J. Singer is now the Judgment Creditor of record and is entitled to all money due, post-judgment interest, and all liens securing the same. Future payments or notices regarding this judgment must be directed to the Assignee at the address listed above.

DATED this 27th day of January 2026.

Russell J. Singer, Assignee/Judgment Creditor

## AMENDED
### ASSIGNMENT OF JUDGMENTS

KNOW ALL PERSONS BY THESE PRESENTS:

**LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE ("ESTATE") OF WELSCORP, INC. AND ITS RELATED ENTITIES,** having a business address at Marbeya Executive Offices Suite B200-107, 6655 W. Sahara Avenue, Las Vegas, Nevada 89146 (the **"TRUSTEE" OR "ASSIGNOR"**), and pursuant to that certain Asset Purchase Agreement, dated as of December 11, 2025 ("APA") (the "Assignment Date"), with and between assignee **RUSSELL J. SINGER,** an individual having an address of PO Box 485, Laguna Beach, California, 92652 (**"ASSIGNEE"**), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in **Exhibit A** appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the original judgment creditor for each of the Judgments; iii) the last known address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: 1/22/2026

LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE, *Assignor*

By: Lenard E. Schwartzer, Chapter 7 Trustee

STATE OF NEVADA )
                              ) ss:
COUNTY OF Clark )

On the 22 day of ~~December, 2025~~ January 2026, before me personally came Lenard E. Schwartzer, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

Notary Public

Notary Public State of Nevada
Francisco Joseph Salazar
My Commission Expires 8/7/2028
Appointment No. 24-1560-01

## EXHIBIT A

### JUDGMENTS

| Debtor Name | Case Number | Judgment Amount | Collected | Remaining |
|---|---|---|---|---|
| Alan Gruskoff | BK-S-21-01008-ABL | $216,000.00 | | $216,000.00 |
| Gene Rodriguez | BK-S-21-01173-ABL | $641,002.05 | | $641,002.05 |
| Phil Mannoni | BK-S-21-01177-ABL | $148,326.99 | $4,830.76 | $143,496.23 |
| Brian Mogensen | BK-S-21-01179-ABL | $402,293.26 | | $402,293.26 |
| Mogensen Steel Erectors | BK-S-21-01179-ABL | $181,142.14 | | $181,142.14 |
| Francesca Horbay | BK-S-21-01189-ABL | $127,943.47 | | $127,943.47 |
| Peter Wittig | BK-S-21-01192-ABL | $72,180.66 | | $72,180.66 |
| Oomph Mode, Inc. (Bryan Centola) | BK-S-21-01226-ABL | $35,405.98 | | $35,405.98 |
| Dianne Hutchings | BK-S-21-01198-ABL | $119,988.23 | | $119,988.23 |
| Greg Yoon | BK-S-21-01203-ABL | $10,577.44 | | $10,577.44 |
| Louis Oliver | BK-S-21-01187-ABL | $87,500.00 | | $87,500.00 |
| Deena Zymkowitz, Inc. | BK-S-21-01201-ABL | $80,000.00 | $262.92 | $79,737.08 |
| Danyelle Ramirez | BK-S-21-01200-ABL | $54,986.08 | $44.00 | $54,942.08 |
| Kenneth Bankston | BK-S-21-01186-ABL | $98,645.35 | $2,577.00 | $96,068.35 |
| Paul Shaver | BK-S-21-01209-ABL | $47,500.00 | $1,750.00 | $45,750.00 |
| Kenneth Becker | BK-S-21-01205-ABL | $30,000.00 | | $30,000.00 |
| Travis Bieberitz | BK-S-21-01211-ABL | $35,983.09 | | $35,983.09 |
| Patrick Esposito | BK-S-21-01215-ABL | $32,000.00 | | $32,000.00 |
| Adam Hutchings | BK-S-21-01196-ABL | $25,000.00 | | $25,000.00 |
| Karl Thomsen | BK-S-21-01222-ABL | $18,868.52 | $4,341.85 | $14,526.67 |
| Caley McKelvy | BK-S-21-01181-ABL | $67,379.02 | | $67,379.02 |
| Run Vegas Partners, LLC | BK-S-21-01185-ABL | $47,602.85 | | $47,602.85 |
| Derek Powell | BK-S-21-01180-ABL | $119,988.23 | | $119,988.23 |
| Musalih El-Amin | BK-S-21-01199-ABL | $25,000.00 | | $25,000.00 |
| Crown Media Services | BK-S-21-01199-ABL | $30,629.00 | | $30,629.00 |
| Clyde E. Austin | BK-S-21-01169-ABL | $397,800.00 | | $397,800.00 |
| Patricia Austin | BK-S-21-01169-ABL | $555,400.00 | | $555,400.00 |
| Kathleen Shelton | BK-S-21-01204-ABL | $120,718.34 | | $120,718.34 |
| Steven Lore | BK-S-21-01175-ABL | $227,565.16 | | $227,565.16 |
| William Castaldi | BK-S-21-01168-ABL | $879,500.00 | | $879,500.00 |
| Karin Castaldi | BK-S-21-01168-ABL | $45,000.00 | | $45,000.00 |
| Greg Fowler | BK-S-21-01174-ABL | $96,342.72 | | $96,342.72 |

# **AJ** ADOBE JUDGMENT

Authority ◆ Precision ◆ Finality

P.O. Box 485, Laguna Beach, CA 92652
Phone: 949-280-4336 • Email: russell@adobejudgmentcollections.com

Russell J. Singer, Assignee/Judgment Creditor, In Pro Per
PO Box 485
Laguna Beach, CA 92652

March 2, 2026

Clerk of Court
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Re:    Registration of Foreign Judgment Pursuant to 28 U.S.C. § 1963
        Judgment Creditor: Russell J. Singer
        Judgment Debtors: Musalih El-Amin and Crown Media Services, Inc.
        Originating Case: BK-S-19-18056-ABL; Adv. No. 21-01199-ABL
        U.S. Bankruptcy Court, District of Nevada
        Judgment Amount: $55,629.00

Dear Clerk of Court:

Enclosed for filing is a Certified Copy of a Judgment for Registration in another district pursuant to 28 U.S.C. § 1963. Please find the $52.00 filing fee and the Civil Cover Sheet enclosed. Specifically, the following items are included:

1. Certified Judgment (Form AO 451) – Original certified copy bearing the court seal of the U.S. Bankruptcy Court, District of Nevada.
2. Civil Cover Sheet (Form JS 44) – Completed and signed.
3. Filing Fee – A check/money order in the amount of $52.00 made payable to "Clerk, U.S. District Court."
4. This cover letter.
5. Assignment of Judgment – A copy of the executed Assignment of Judgment evidencing the transfer of the above-referenced judgment to Russell J. Singer as Assignee/Judgment Creditor.

# AJ ADOBE JUDGMENT

Authority ◆ Precision ◆ Finality

P.O. Box 485, Laguna Beach, CA 92652
Phone: 949-280-4336 • Email: russell@adobejudgmentcollections.com

Please file-stamp the enclosed copy of the Certified Judgment and return it to me in the self-addressed, stamped envelope provided.

Thank you for your assistance.

Respectfully submitted,

Russell J. Singer
Assignee/Judgment Creditor, In Pro Per
PO Box 485
Laguna Beach, CA 92652

03132602998

03132603098



MY LAGUNA OFFICE
9497157500
MY LAGUNA OFFICE STE 104
303 BROADWAY ST STE 104
LAGUNA BEACH CA 92651

**1 LBS**      **1 OF 1**

DWT: 13,9,1

**SHIP TO:**
CLERK OF COURT-U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 S DEARBORN ST
**CHICAGO IL 60604-1702**

**IL 606 9-02**

## UPS GROUND
TRACKING #: 1Z X41 6V0 03 9791 6667

**BILLING: 3RD PARTY**

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
R8D K 1225



NORTHERN DISTRICT OF ILLINOIS
219 S DEARBORN ST

CHICAGO IL 60604

P:YELLOW:MRUST ! 122

0113-1450

1ZX416V0039791 6667
SATO8485 XLE HD01-1 Mar 13 04:53 03 2026
US 6161 UDC 25.9 SATOLR