**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Honorable Judge Manish S. Shah
Honorable Magistrate Judge M. David Weisman

IT APPEARING THAT new case number 26-cv-02836, *Singer v. El-Amin et al*, was assigned in error using an incorrect category (Civil Category 2 and Designated MJ Cv Cat 2 instead of the Civil Category 5 and Designated MJ Cv Cat 5);

IT IS HEREBY ORDERED that the assignment of 26-cv-02836 to Judge Joan H. Lefkow and Magistrate Judge Beth W. Jantz be vacated; and

IT IS FURTHER ORDERED that this case 26-cv-02836 be reassigned by lot to the next available judge using the appropriate category (Civil Category 5 and Designated MJ Cv Cat 5).

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois  this 16th  day of March 2026.